BERKES CRANE ROBINSON & SEAL LLP
Steven M. Crane (SBN 108930)
  scrane@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California  90071
Telephone:   (213) 955-1150
Facsimile:    (213) 955-1155

Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RLI INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE No.  3:09-cv-00254-EMC<br><br>**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Trial Date:　　　None |

**PLEASE TAKE NOTICE** that Plaintiff The Continental Insurance Company hereby dismisses this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED: February 19, 2009　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BERKES CRANE ROBINSON & SEAL LLP


　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　
　　　　　　　　　　　　　　　　STEVEN M. CRANE
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　The Continental Insurance Company

63091.1